**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**E.T. for T.T.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| E.T. o/b/o T.T., | No.   2:19-cv-01608-EFB |
| **Plaintiff,** | |
| v. | STIPULATION AND  [proposed] ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| Andrew Saul, COMMISSIONER OF SOCIAL SECURITY, | |
| **Defendant.** / | |

It is hereby stipulated between the parties by their opposed counsel, the undersigned, that plaintiff may have until May 12, 2020, to file a reply brief in this matter.

This is a first request, of one week. The undersigned filed a motion for summary judgment yesterday, will be filing a reply brief May 8, is in the process of stipulating for short extensions to file two other reply briefs, filed a reply brief in the Ninth Circuit April 30, motions for summary judgment April 27, April 20, April 15, April 13, April 8, and so on.

[Pleading Title] - 1

Dated:   May 5, 2020                         /s/    *Jesse S. Kaplan*
                                             JESSE S. KAPLAN
                                             Attorney for Plaintiff


                                             McGREGOR W. SCOTT
                                             United States Attorney
                                             DEBORAH LEE STACHEL
                                             Regional Counsel, Region IX
                                             Social Security Administration

Dated:  May 5, 2020                           */s/ per e-mail authorization*
                                             ELLINOR CODER
                                             Special Assistant U.S. Attorney
                                             Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is granted.  Plaintiff shall file a reply brief by May 12, 2020.

SO ORDERED.

Dated:  May 7, 2020.               _____
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE